UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZOEGETICS INTERNATIONAL, LLC,
et al.,

       Plaintiffs,

vs.

Case No. 10-CV-12776

HON. GEORGE CARAM STEEH

DOUG FIREBAUGH, et al.,

       Defendants.
_____/

ORDER DENYING MOTION FOR TEMPORARY
RESTRAINING ORDER WITHOUT PREJUDICE [DOC. 6]

This matter came before the court on plaintiffs' motion for a temporary restraining order and request for order to show cause for preliminary injunction. The court heard oral argument on the motion on July 26, 2010. For the reasons stated on the record, plaintiff's motion for a temporary restraining order is DENIED WITHOUT PREJUDICE. The parties shall commence discovery and shall contact the court to discuss the entry of a scheduling order in the case.

It is so ordered.

Dated: July 27, 2010

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 27, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk