UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZOEGETICS INTERNATIONAL, LLC, et al

       Plaintiff(s),

vs.

Case No. 10-12776

HON. GEORGE CARAM STEEH

DOUG FIREBAUGH, et al

       Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On today's date the attorneys and parties of record placed a settlement agreement on the record;

This case hereby is DISMISSED WITHOUT PREJUDICE. The court retains jurisdiction to enforce the settlement and this case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

Dated: August 24, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on August 24, 2011and/or ordinary mail.

                        s/Marcia Beauchemin
                        Deputy Clerk