UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZOEGETICS INTERNATIONAL, LLC,
et al.,

       Plaintiffs/Counter-defendants,

Case No. 10-CV-12776

vs.

HON. GEORGE CARAM STEEH

DOUG FIREBAUGH, et al.,

       Defendants/Counter-plaintiffs.
_____/

## ORDER REGARDING SHOW CAUSE

In answer to this court's show cause order [doc. 49], plaintiffs/counter-defendants claim that they have not received dismissals of the counterclaims in the Georgia state cases, or the appeal in the Houston County case, from defendants/counter-plaintiffs. At the hearing held before this court on January 26, 2012, the parties agreed to dismiss the Georgia claims, counterclaims, and any pending appeals with prejudice and without costs, as a pre-condition to shipping the inventory which is to be divided equally between the two sides. Defendants/counter-plaintiffs have engaged counsel in Georgia to effectuate the dismissals, but dismissals have not been filed with any court. Now, therefore,

IT IS HEREBY ORDERED that defendants/counter-plaintiffs shall prepare and sign proposed stipulations of voluntary dismissal, with prejudice and without costs, of both pending Georgia state cases, including claims, counterclaims and appeals. These stipulations shall be forwarded to plaintiffs/counter-defendants for their signature and

filing. Once defendants/counter-plaintiffs have forwarded the stipulations, they are permitted to take possession of their half of the inventory.

IT IS HEREBY FURTHER ORDERED that once plaintiffs/counter-defendants file the stipulations of dismissal with the Georgia state courts, and forward a proof of service to this court and defendants/counter-plaintiffs, the remaining inventory shall be delivered to plaintiffs/counter-defendants.

Dated: March 28, 2012

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 28, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk